CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

CRIS C. VAUGHAN (SBN: 99568)
ccvaughan@sbcglobal.net
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (916) 660-9401
Facsimile: (916) 660-9378
Attorney for Defendants
Michael R. Mortensen, Brett A. Mortensen, SSE Taylor Partners, LLC and S & R Food Services, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL R. MORTENSEN; BRETT A. MORTENSEN; SSE TAYLOR PARTNERS, LLC, a California Limited Liability Company; S & R FOOD SERVICES INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 3:16-CV-3472-LB<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1) (A) (ii)** : ORDER |

1

Joint Stipulation for Dismissal             Case: 3:16-CV-3472-LB

# STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 27, 2016      CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: October 27, 2016      VAUGHAN & ASSOCIATES

By: /s/ Cris C. Vaughan
    Cris C. Vaughan
    Attorney for Defendants
    Michael R. Mortensen, Brett A.
    Mortensen, SSE Taylor Partners,
    LLC and S & R Food Services, Inc.

Dated: October 28, 2016

APPROVED
[signature]
Judge Laurel Beeler
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Cris C. Vaughan, counsel for Michael R. Mortensen, Brett A. Mortensen, SSE Taylor Partners, LLC and S & R Food Services, Inc., and that I have obtained Mr. Vaughan's authorization to affix his electronic signature to this document.

Dated: October 27, 2016          CENTER FOR DISABILITY ACCESS

                                 By: /s/ Phyl Grace
                                     Phyl Grace
                                     Attorneys for Plaintiff